IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01564-LTB-KLM

VICTORIA E. YARBROUGH, and
MARCINA POLLARD,
    Plaintiff(s),

v.

ADT SECURITY SERVICES, INC.,
    Defendant(s).

_____

**ORDER OF RECUSAL**

_____

Order Entered by  Kristen  L.  Mix,  United States Magistrate Judge

    This matter was drawn to me and was subsequently referred to me by District Judge Lewis T. Babcock (Docket No. 9) for pretrial case management.

    Pursuant to 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify herself "in any proceeding in which [her] impartiality might reasonably be questioned."  In view of the fact that I have recently been of counsel with the law firm of Snell & Wilmer, LLP-Denver, and in order to avoid the appearance of impropriety, I hereby recuse myself from this action. The Clerk of the Court shall assign another Magistrate Judge to this case.

Dated at Denver, Colorado, this   9th   Day of August, 2007.

                                                   BY THE COURT:

                                                   s/   Kristen L.  Mix
                                                 Kristen L.  Mix
                                                 United States Magistrate Judge