IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01564-LTB-BNB

VICTORIA E. YARBROUGH,

Plaintiff,

v.

ADT SECURITY SERVICES, INC., and
MARCINA POLLARD,

Defendants.

_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Motion to Compel Defendant ADT to Provide Responses to Discovery Requests** [Doc. # 7, filed 7/24/2007] (the "Motion to Compel"). The Motion is DENIED as premature.

This case originated in the District Court for the City and County of Denver, Colorado. It was removed by defendant ADT Security Services, Inc., on July 24, 2007. The Motion to Compel is dated July 1, 2007, and was filed in the state court prior to the removal of the case.

Rule 26(d), Fed. R. Civ. P., provides that with certain limited exceptions not applicable here "a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)." Because the case had not been removed at the time the Motion to Compel was filed, the parties could not have conducted the conference required by the federal rule prior to service of the discovery which is the object of the Motion to Compel. I suspect, in

fact, that no Rule 26(f) conference yet has occurred. Until that conference does occur, discovery is not allowed. Without permitted discovery, no motion to compel can be appropriate.

IT IS ORDERED that the Motion to Compel is DENIED as premature.

Dated August 20, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge