**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-01564-LTB-BNB

VICTORIA E. YARBROUGH,

      Plaintiff,

v.

ADT SECURITY SERVICES, INC., and
MARCINA POLLARD,

      Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     Defendant ADT Security Services, Inc.'s Motion for Leave to Amend Its Answer (Doc 42 - filed November 16, 2007) is **GRANTED**.  The tendered Amended Answer is accepted for filing.


Dated:  November 19, 2007
_____