IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01564-LTB-BNB

VICTORIA E. YARBROUGH,

Plaintiff,

v.

ADT SECURITY SERVICES, INC., and
MARCINA POLLARD,

Defendants.

_____

**ORDER**
_____

This matter arises in connection with **Defendant Marcina Pollard Supplemental Rule 26 Disclosures** [Doc. # 41, filed 11/13/2007] (the "Disclosures"). Rule 26(a)(1), Fed. R. Civ. P., requires a party to make disclosures "to other parties. . . ." Disclosures are not filed with the court.

IT IS ORDERED that the Disclosures are STRICKEN.

Dated November 16, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge