**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-01564-LTB-BNB

VICTORIA E. YARBROUGH,

      Plaintiff,

v.

ADT SECURITY SERVICES, INC., and
MARCINA POLLARD,

      Defendants.

_____

**ORDER**
_____

      Upon the Motion to Dismiss Defendant Marcina Pollard (Unopposed) (Doc 50 - filed

December 3, 2007), it is

      ORDERED that this matter is DISMISSED WITH PREJUDICE between Plaintiff and

Defendant Marcina Pollard, each party to pay their own costs and fees.  The case shall

continue between Plaintiff and Defendant ADT Security Services.

                    BY THE COURT:


                      s/Lewis T. Babcock_____
                    Lewis T. Babcock, Judge

DATED:   December 4, 2007