IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01564-LTB-BNB

VICTORIA E. YARBROUGH,

Plaintiff,

v.

ADT SECURITY SERVICES, INC.

Defendant.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Postpone Hearing on Motion to Compel** [docket no. 55, filed December 14, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the hearing set for December 17, 2007, is **vacated and reset to January 4, 2008, at 9:00 a.m.**, in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.


DATED: December 14, 2007