IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01564-LTB-BNB

VICTORIA E. YARBROUGH,

Plaintiff,

v.

ADT SECURITY SERVICES, INC.

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Withdraw Motion to Compel and Vacate Hearing** [docket no. 61, filed January 3, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The Motion to Compel [docket no. 43] is WITHDRAWN, and the hearing set for January 4, 2008, is **VACATED**.

DATED: January 3, 2008